# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION\

| | |
|---|---|
| LINDSEY NOLAN, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TIDEWATER FINANCE COMPANY, INC., a Virginia Corporation, dba Tidewater Credit Services, <br><br> Defendant. | **CASE NO.** <br> **5:13-cv-00891-JGB-SP** <br><br> **CLASS ACTION** <br><br> **ORDER RE: JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

**ORDER**

Having read and considered the Joint Motion and Stipulation filed by Plaintiff Lindsey Nolan and Defendant Tidewater Finance Company, Inc. for an Order dismissing this action, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing Plaintiff Lindsey Nolan's individual claims with prejudice, and the class claims without prejudice, is hereby GRANTED. Each party is to bear its own fees and costs.

DATED: March 11, 2014

_____
Honorable Jesus G. Bernal
United States District Court Judge